Argued January 10, affirmed January 22, 1969

STATE OF OREGON, *Respondent, v.*
EUGENE A. HUGHES, *Appellant.*

449 P. 2d 445

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John L. Snyder,* Deputy District Attorney, Dallas, argued the cause and filed a brief for respondent.

Before McALLISTER, Presiding Justice, and O'CONNELL and DENECKE, Justices.

PER CURIAM.

The defendant's only claim of error is that a handwriting exemplar taken from the defendant was not voluntarily given. We decided in *State v. Fisher,* 242 Or 419, 410 P2d 216 (1966), that the taking of a hand-

writing exemplar did not violate the privilege against self-incrimination contained in the fifth amendment to the Federal Constitution. The United States Supreme Court subsequently so held in *Gilbert v. California,* 388 US 263, 87 S Ct 1951, 18 L Ed2d 1178 (1967).

The manner of obtaining the exemplar did not violate the due process clause of the Federal Constitution. *Schmerber v. California,* 384 US 757, 759-760, 86 S Ct 1826, 16 L Ed2d 908 (1966).

Affirmed.